IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

ANDRE LANDRUM,                    )
                                  )
        Plaintiff,                )
                                  )        CIVIL ACTION NO.
        v.                        )        2:16cv674-MHT
                                  )            (WO)
OFC. MITCHELL, et al.,            )
                                  )
        Defendants.               )

OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff, a state prisoner, filed this lawsuit complaining that one of the defendants, a correctional officer, set him up to be assaulted and that the other defendants were deliberately indifferent to his safety. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's claims be dismissed without prejudice for failure to comply with court orders. There are no objections to the recommendation. After an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 4th day of November, 2016.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE